# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2023-1466
_____

DEBRA KRAWCZYKIEWICZ,

Appellant,

v.

UNIVERSITY OF FLORIDA and
DIVISION OF RISK MANAGEMENT,

Appellees.

_____

On appeal from the Office of the Judges of Compensation Claims.
Timothy Stoddard Stanton, Judge.

Date of Accident: September 14, 2022.


July 12, 2024

PER CURIAM.

AFFIRMED.

OSTERHAUS, C.J., and ROWE and LONG, JJ., concur.

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Toni L. Villaverde of Toni L. Villaverde, PLLC, Coral Gables, for Appellant.

Laura Ann Buck of McConnaughhay, Coonrod, Pope, Weaver & Stern, P.A., Gainesville, for Appellees.